AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**Juan Manuel Reyes-Cervantes** | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **1:15CR00536-001JB**<br>USM Number: **33370-380**<br>Defense Attorney: **Brian Pori, Appointed** |

THE DEFENDANT:

☒   admitted guilt to violations of condition(s) **Mandatory, Standard** of the term of supervision.

☐   was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory Condition | The defendant committed another federal, state, or local crime. | 01/08/2015 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)  and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | **March 9, 2015** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| | |
| **1983** | **/s/ James O. Browning** |
| Defendant's Year of Birth | Signature of Judge |
| | |
| | **Honorable James O. Browning** |
| **Ciudad Juarez, CU** | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
| | |
| | **March 24, 2015** |
| | Date Signed |

AO 245B (Rev 12/10) Sheet 1 – Judgment in a Criminal Case for Revocations Sheet 1A        Judgment - Page 2 of 3

Defendant: **Juan Manuel Reyes-Cervantes**
Case Number: **1:15CR00536-001JB**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant re-entered the United States without legal authorization. | 01/08/2015 |

AO 245B (Rev 12/10) Judgment in a Criminal Case for Revocations  
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

Defendant: **Juan Manuel Reyes-Cervantes**  
Case Number: **1:15CR00536-001JB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 months**.

**A term of 3 months is imposed (1 month of said term shall run consecutively and 2 months of said term shall run concurrently to sentence imposed in 2:15CR00150-001JB).**

**The Court will not reimpose a term of supervised release.**

**For the reasons stated on the record at the sentencing hearnig held on March 9, 2015, the court varies downward.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.  
☐ The defendant shall surrender to the United States Marshal for this district:  
    ☐ at  on  
    ☐ as notified by the United States Marshal.  
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:  
    ☐ before 2 p.m. on  
    ☐ as notified by the United States Marshal.  
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to  
_____ at _____ with a Certified copy of this Judgment.

_____  
UNITED STATES MARSHALL

By _____  
DEPUTY UNITED STATES MARSHALL